IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEO FLEETON, #158 408, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>)<br>RICHARD ALLEN, *et al.*, )<br>)<br>   Defendants. ) | CASE NO. 2:11-cv-226-ID |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 9) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a.    the Recommendation of the Magistrate Judge is ADOPTED;

b.    Plaintiff's equal protection, due process, access to courts, and *respondeat superior* claims are DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) & (ii);

c.    Plaintiff's complaint against Defendants Allen, Jackson, and Brown is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

d.  Defendants Allen, Jackson, and Brown are DISMISSED as parties to the complaint; and

e.  this case, with respect to the remaining defendants, is REFERRED back to the Magistrate Judge for further proceedings.

Done this 9th day of June, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE