IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LEO FLEETON, #158 408 | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-226-MEF |
| | | (WO) |
| GWENDOLYN C. MOSLEY, *et al.*, | * | |
| Defendants. | * | |

_____

# **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #21) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #21) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice

DONE this the 3rd day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE